**Electronically Filed
Supreme Court
SCWC-29036
22-MAY-2015
11:28 AM**

SCWC-29036

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BENJAMIN PAUL KEKONA and TAMAE M. KEKONA,
Petitioners/Plaintiffs-Appellees,

vs.

MICHAEL BORNEMANN, M.D.,
Respondent/Defendant-Appellant,

and

PAZ FENG ABASTILLAS,  also known as PAZ A. RICHTER;
ROBERT A. SMITH, personally; ROBERT A. SMITH, Attorney at Law,
a Law Corporation; STANDARD MANAGEMENT, INC.;
U.S. BANCORP MORTGAGE COMPANY, an Oregon company;
Respondents/Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29036; CIV. NO. 93-3974)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Trader, in place of Acoba, J., recused)

Upon consideration of Respondent/Defendant-Appellant's motion for reconsideration of the opinion filed on April 24, 2015, and the record herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, May 22, 2015.

Peter Van Name Esser                    /s/ Mark E. Recktenwald
for respondent

                                        /s/ Paula A. Nakayama

                                        /s/ Sabrina S. McKenna

                                        /s/ Richard W. Pollack

                                        /s/ Rom A. Trader

